AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ROMEO LENELL BATTLE | ) | 2:21-mj-1177-MRM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 22, 2021__ in the county of __Lee__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher J. Wuthrich, Task Force Officer, ATF
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d)

Date: 12/06/2021

_____
Judge's signature

City and state: Fort Myers, Florida

Mac R. McCoy, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher J. Wuthrich, being duly sworn, state as follows:

## INTRODUCTION

1.  I am currently a Task Force Officer (TFO) with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in Fort Myers, Florida. As an ATF TFO, I am an "investigator or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516(1).

2.  I have been employed by the Fort Myers Police Department (FMPD) since January 2016. During this time, since February 2017, I have been assigned to work with the ATF. Additionally, since April 2017, I have been a member of the FMPD Special Weapons and Tactics (SWAT) Team. Prior to my employment with FMPD, I was employed by the City of Bowie Police Department in Bowie, Maryland. During my time as an Officer with the Bowie Police Department, I was assigned to the Directed Response Team (DRT) from January to May 2011 and from January 2012 to December 2012. From December 2012 to January 2016, I was assigned to the Criminal Investigations Division (CID).

3.  This affidavit is submitted in support of a criminal complaint charging Romeo Lenell BATTLE ("BATTLE") with violating 18 U.S.C. § 922(g)(1), Possessing a Firearm as a Convicted Felon, on or about April 22, 2021, in the Middle District of Florida.

1

4. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and civilians in this investigation. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint for BATTLE, I have not included each and every fact known to me relating to the underlying investigation. Rather, I have set forth only the facts that I believe are necessary to support probable cause for the issuance of a criminal complaint against BATTLE for the above-described criminal offense.

## PROBABLE CAUSE

5. On April 22, 2021, members of the Lee County Sheriff's Office (LCSO) responded to a residence in Lehigh Acres, FL, in response to a 911 call for service relating to a domestic dispute. The female caller, VICTIM #1, advised that her romantic partner was in the residence armed with a firearm and acting erratically. Upon arrival, deputies made contact with VICTIM #1 and were advised that her boyfriend, later identified as BATTLE, had punched her in the face with a closed fist and was armed with a firearm. Additionally, VICTIM #1 advised that BATTLE had pointed a firearm at her head the previous day and threatened to kill her. VICTIM #1 advised that she gathered her children and fled from the residence upon BATTLE getting in the shower. VICTIM #1 advised that BATTLE does not live at the location and that she wanted him removed from her residence.

6. Deputies entered the garage of the residence and began to give BATTLE verbal commands to come outside. After numerous announcements, BATTLE

emerged from the residence and was placed in handcuffs without further incident. No firearm was located on BATTLE's person, at which point VICTIM #1 signed an LCSO "consent to search" form authorizing deputies to search her home for BATTLE's firearm without a search warrant. Deputies entered the home and were able to locate a loaded black Glock, model 22, .40 caliber handgun bearing S/N LKC905, under a bed in one of VICTIM #1's children's rooms.[1]

7.  LCSO personnel collected swabs of potential touch DNA from the Glock firearm which were sent to a DNA laboratory for analysis and comparison to DNA buccal swabs obtained from BATTLE pursuant to search warrant. Following an analysis of the swabs, a forensic DNA analyst concluded that the DNA profile obtained from the swabbed firearm is approximately 29 quadrillion times more probable if the sample originated from BATTLE and four unknown persons than if it originated from five unknown persons.

8.  BATTLE is a convicted felon, having been previously convicted of *Carrying a Concealed Firearm* in Lee County, Florida, on or about September 6, 2019. BATTLE is presently on felony probation in connection with this conviction and was similarly on felony probation in April 2021 during the incident described above.

9.  Since BATTLE became a convicted felon, several photographs and videos have been posted to an Instagram account with the username "**city_suspect**"

---

[1] According to an ATF interstate nexus specialist, this Glock firearm was manufactured outside the State of Florida.

3

depicting BATTLE with firearms, including photographs and videos depicting BATTLE possessing a black handgun resembling the Glock 22 firearm recovered from VICTIM #1's residence.  For instance, below is a screenshot from a video posted on Instagram on or about February 7, 2021, depicting BATTLE holding such a firearm.



4

## CONCLUSION

10. Based upon the information set forth above, I respectfully submit that probable cause exists to charge Romeo Lenell BATTLE with Possessing a Firearm as a Previously Convicted Felon, in violation of 18 U.S.C. § 922(g)(1).

Christopher J. Wuthrich
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before
me electronically this _6th_ day
of December, 2021.

Mac R. McCoy
United States Magistrate Judge